FILED
July 07, 2021
CLERK, U S  DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MG_____
                  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | SA-21-CR-00290-JKP |
| Plaintiff, | § | **I N D I C T M E N T** |
| VS. | § § | |
| JAZZIEL ELEAZAR CEDILLO, | § § | Cts. 1-3: 18 U.S.C. §1705<br>Destruction of Letter Boxes or Mail |
| Defendant. | § § § | Cts. 4-6: 18 U.S.C §1708<br>Theft or Receipt of Stolen Mail |
| | § § § | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. §1705]

On or about December 9, 2020, in the Western District of Texas, Defendant,

**JAZZIEL ELEAZAR CEDILLO,**

did willfully and maliciously injure, tear down and destroy any letter box and other authorized receptacle located at 3631 Callaghan Road, San Antonio, Texas, which was intended and used for the receipt and delivery of mail matter on a mail route of the United States Postal Service, in violation of 18 U.S.C. §1705.

## COUNT TWO
### [18 U.S.C. §1705]

On or about December 22, 2020, in the Western District of Texas, Defendant,

**JAZZIEL ELEAZAR CEDILLO,**

did willfully and maliciously injure, tear down and destroy any letter box and other authorized receptacle located at 3711 Medical Drive, San Antonio, Texas, which was intended and used for

the receipt and delivery of mail matter on a mail route of the United States Postal Service, in violation of 18 U.S.C. §1705.

## COUNT THREE
## [18 U.S.C. §1705]

On or about January 15, 2021, in the Western District of Texas, Defendant,

**JAZZIEL ELEAZAR CEDILLO,**

did willfully and maliciously injure, tear down and destroy any letter box and other authorized receptacle located at 6522 Camp Bullis Road, San Antonio, Texas, which was intended and used for the receipt and delivery of mail matter on a mail route of the United States Postal Service, in violation of 18 U.S.C. §1705.

## COUNT FOUR
## [18 U.S.C. §1708]

On or about December 9, 2020, in the Western District of Texas, Defendant,

**JAZZIEL ELEAZAR CEDILLO,**

did steal, take and abstract from and out of an authorized depository for mail matter and post office letter box, mail receptacle, mail route, mail carrier located at 3631 Callaghan Road, San Antonio, Texas, 78228, a letter, postal card, package, bag, and mail, in violation of Title 18, United States Code, Section 1708.

## COUNT FIVE
## [18 U.S.C. §1708]

On or about January 15, 2021, in the Western District of Texas, Defendant,

**JAZZIEL ELEAZAR CEDILLO,**

did steal, take and abstract from and out of an authorized depository for mail matter and post office letter box, mail receptacle, mail route, mail carrier located at 6522 Camp Bullis Road, San Antonio, Texas, 78256, a letter, postal card, package, bag, and mail, in violation of 18 U.S.C. §1708.

## COUNT SIX
## [18 U.S.C. §1708]

On or about May 8, 2021, in the Western District of Texas, Defendant,

**JAZZIEL ELEAZAR CEDILLO**

did buy and receive and conceal and unlawfully have in his possession a letter and postal card, package, bag, mail and article contained therein, addressed to 5300 N.W. Loop 410 which had been stolen, taken, embezzled and abstracted from a letter box and post office, mail receptacle, mail route or carrier, which was an authorized depository for mail matter, knowing the said letter to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, in violation of 18 U.S.C. §1708.

A TRUE BILL

███████████████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR TIFFANY MILLER
Special Assistant United States Attorney